# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

TYRANEE WILLIAMS                                                                                      PLAINTIFF

v.                                           NO. 2:13CV00056 JLH

EOS CCA                                                                                                DEFENDANT

## ORDER

Pursuant to the joint stipulation of voluntary dismissal without prejudice, this action is hereby dismissed in its entirety without prejudice. Each party will bear its own costs, fees, and expenses.

IT IS SO ORDERED this 21st day of October, 2013.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE